UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:21-cr-94

vs.

MICHAEL SHAWN EVANS,             District Judge Michael J. Newman
                                                        Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 31)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 31.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Information, which charges him with being a felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Doc. No. 25.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **March 8, 2022 at 3:00 PM**.

    **IT IS SO ORDERED.**

Date:   November 15, 2021                           s/ Michael J. Newman
                                                                                  Hon. Michael J. Newman
                                                                                  United States District Judge