UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No. 3:21-cr-94

vs.

MICHAEL SHAWN EVANS,         District Judge Michael J. Newman

    Defendant.

## ORDER STAYING THE IMPOSITION OF DEFENDANT MICHAEL SHAWN EVANS' SENTENCE FOR 30 DAYS

This criminal case is before the Court for the imposition of Defendant Michael Shawn Evans' sentence. At the sentencing hearing on September 29, 2022, Mr. Evans sought the Court's permission to remain incarcerated in the Greater Dayton area in order to attend his grandmother's probate proceedings in state court on October 7, 2022 because he may be called as a witness. The Court **GRANTS** this request and **ORDERS** that the imposition of Mr. Evans' sentence be stayed for 30 days — until October 29, 2022 — in order to ensure his availability to appear at the probate proceedings.

**IT IS SO ORDERED.**

October 4, 2022                                s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                                United States District Judge