**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-cr-00094 |
| Plaintiff, | : | Judge Michael J. Newman |
| v. | : | |
| MICHAEL EVANS, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE**

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On January 25, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 36), finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

- Glock 26Gen4 9mm semi-automatic handgun, Serial Number UYZ167, loaded with 11 rounds of ammunition;

- .40 cal. drum magazine loaded with 50 rounds of ammunition;

- Extended .40 cal. Glock magazine with 13 rounds of ammunition;

- Box of Magtech .40 cal. ammunition containing 50 rounds;

- Box of .22 long rifle ammunition containing 75 rounds;

- Box of .22 long rifle ammunition containing 96 rounds;

- A ziplock baggie containing 33 rounds of a variety of .38 special ammunition, 9mm ammunition and .40 cal. ammunition;

- Smith & Wesson SD9VE handgun, Serial Number HEW9765, and 17 rounds of 9mm ammunition; and

- Smith & Wesson M1917 revolver, Serial Number 173020, and 5 rounds of .45 ammunition.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property. (*Id.*)

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object thereafter to the forfeiture of the subject property.

On September 29, 2022, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. (Minute Entry 09/29/2022.) The Amended Judgment establishes that the defendant shall forfeit the subject property to the United States. (Doc. 62.)

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 26, 2022. (Doc. 51.)

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Jasmine Jackson and David Jennings Seebach. (Doc. 52.)

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and no right, title, or interest

shall remain in any other person or entity.

    2.    The United States shall dispose of the subject property in accordance with the law.

    3.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

**IT IS SO ORDERED.**


Dated: 1/18/2023                              s/ *Michael J. Newman*
                                                      HONORABLE MICHAEL J. NEWMAN
                                                      UNITED STATES DISTRICT JUDGE