UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,
                                               Case Nos. 3:21-cr-94

vs.

MICHAEL SHAWN EVANS,
                                            District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) DENYING AS MOOT DEFENDANT'S *PRO SE* MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 68); AND (2) CONFIRMING THE CASE REMAINS TERMINATED ON THE DOCKET**

---

Previously in this felony case, the Court accepted Defendant Michael Shawn Evans's plea of guilty to one count of being a felon in possession of a firearm. Doc. No. 62. The Court sentenced him to 72 months in prison—which constituted a variance below the advisory sentencing range (84 to 105 months) set by application of the United States Sentencing Guidelines. *Id*. at PageID 297-98; Doc. No. 63 at PageID 304. The Court also sentenced Defendant to a three-year term of supervised release. Doc. No. 62 at PageID 298.

The case is before the Court upon Defendant's *pro se* motion to reduce his sentence and/or release him from custody on compassionate release grounds pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 68) and the Government's memorandum in opposition (Doc. No. 70). Defendant's *pro se* motion and filings are liberally construed in his favor. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976); *see also Mayes v. Warden, Chillicothe Corr. Inst*., No. 3:22-cv-313, 2024 WL 3163957, at *1 (S.D. Ohio June 25, 2024).

Review of the Bureau of Prisons' website indicates that Defendant was released from

federal custody on June 30, 2025.  *See* https://www.bop.gov/inmateloc (last visited Mar. 23, 2026). Consequently, his motion to reduce his sentence and/or release him from custody on compassionate release grounds is moot.  *See United States v. Shorter*, 27 F.4th 572, 575 (7th Cir. 2022) ("Mr. Shorter's release from prison renders moot his pursuit of compassionate release"); *see also United States v. Oliver*, No.  3:15-CR-40, 2024 WL 3742345, at *1 (S.D. Ohio Aug. 8, 2024) ("'When a prisoner is released from custody, the motion for compassionate release becomes moot because there is no further relief this Court can provide' and there is no longer a 'live' and redressable issue pending before the Court." (quoting *United States v. Sanchez*, No. 16-cr-2077, 2021 WL 5999764, *1 (S.D. Cal. Dec. 17, 2021) (collecting cases))).

Accordingly, Defendant's motion to reduce his sentence and/or release him from custody on compassionate release grounds is **DENIED AS MOOT**.  This case remains **TERMINATED** on the docket.

**IT IS SO ORDERED.**

April 1, 2026                                        s/*Michael J. Newman*
                                                     Hon. Michael J. Newman
                                                     United States District Judge

2